682 A.2d 1275

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Dale K. IRWIN, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 17, 1996.

## *ORDER*

PER CURIAM.

AND NOW, this 17th day of October, 1996, the above-captioned Petition for Allowance of Appeal is GRANTED. In accordance with our decision in *Commonwealth v. Barud,* 545 Pa. 297, 681 A.2d 162 (1996), the judgment of sentence entered by the Court of Common Pleas of Venango County at No. C.R. No. 229–1995 pursuant to 75 Pa.C.S. § 3731(a)(5) is hereby vacated.